# UNITED STATES BANKRUPTCY COURT

In re: **Lawrence, Gregory & Elizabeth,** Debtor

Case No.: **17-26568-L**

Chapter 11

## MONTHLY OPERATING REPORT FOR NON-SMALL BUSINESS

Month: **January, 2019**
Line of Business: **Medical Practice**
Date filed: **2-15-19**
NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

**Gregory N. Lawrence, M.D.**
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?  ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?  ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?  ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?  ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?  ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 12,164.93

**SUMMARY OF CASH ON HAND**

Cash on Hand at Start of Month   $ 69,054.72
Cash on Hand at End of Month   $ 70,024.57

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ 70,024.57

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 11,195.08

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 12,164.93
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 11,195.08

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $ 969.85

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ 0

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ 0

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ 0

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ 0

Please attach all financial reports including an Income Statement and Balance Sheet which you prepare.

# DETAILED LISTING OF DISBURSEMENTS     <u>Exhibit C</u>

CASE NAME: <u>Lawrence, Gregory & Elizabeth</u>      CASE NUMBER: <u>17-26568-L</u>

For Month Ending: _____      Bank Account #: _____

Detail of Disbursements: *See attached itemization

| Date | Check # | Paid To/ In Payment Of | Amount |
|------|---------|------------------------|--------|
|      |         |                        |        |

Total Disbursements     $ *See attached

(make copies and add additional pages as needed)

Required: Attach a copy of all bank statements for the month.

DEBTOR: Laurence, Gregory & Elizabeth             CASE NO: 17-26568-L

## Form 2-AB
### BANK ACCOUNT BALANCE STATEMENT

For Period Ending: _____

**Bank Accounts**

| Account Name: | CASH ON HAND | Personal/ Operating | Tax | Payroll | * | Grand Total ALL Accounts |
|---|---|---|---|---|---|---|
| Bank Name: | | First TN DIP | | | | |
| Account # (last 4 digits): | | 2009 | | | | |
| Beginning Balance: | | +69,054.72 + | + | + | | = 69,054.72 |
| Plus: Total Receipts (Attach Detailed List, Form 2-G) | | +12,164.93 + | + | + | | = 12,164.93 |
| Less: Total Disbursements (Attach Detailed List, Form 2-H) | | +11,195.08 + | + | + | | = 11,195.08 |
| Transfers Between Bank Accounts: | | | | | | |
| Transfers In | | — | | | | |
| (Transfers Out) | ( ) | ( — ) | ( ) | ( ) | ( ) | |
| Ending Balances: | | +70,024.57 + | + | + | | = 70,024.57 |

*If the Debtor maintains more than four (4) accounts, attach additional Form 2-AB and identify the nature of the additional account(s) (Cash Collateral, Savings, etc.)

Notes:

Form 2-AB
Rev. 04/15/06



**FIRST TENNESSEE**
P. O. BOX 84
MEMPHIS, TN 38101

Return Service Requested

00001886 TFTSTRMT011519031219 03 000000000 008 E

GREGORY N LAURENCE
ELIZABETH W LAURENCE
DEBTOR IN POSSESSION ACCOUNT
CHPT 11 CASE # 17-26568
7459 STONEGATE COVE
GERMANTOWN TN 38138-2015

**PREMIER CHECKING**

| CUSTOMER INFORMATION | |
|---|---|
| ACCOUNT NUMBER | 00000942402009 |
| STATEMENT DATE | 01/14/19 |

**CUSTOMER SERVICE INFORMATION**
- Customer Service: 1-800-382-5465
- Visit Us Online: www.firsttennessee.com
- Follow Us On Facebook!
- Follow Us On Twitter!

| ACCOUNT SUMMARY | DATE | BALANCE OF YOUR FUNDS |
|---|---|---|
| PREVIOUS BALANCE | 12/14/18 | $78,845.83 |
| 6 DEPOSITS TOTALING | | $12,552.79 |
| 71 WITHDRAWALS TOTALING | | $5,944.17 |
| NEW BALANCE | 01/14/19 | $85,454.45 |

| INTEREST SUMMARY | |
|---|---|
| ANNUAL PERCENTAGE YIELD EARNED | 0.02% |
| BASED ON AN AVERAGE COLLECTED BALANCE | $81,872.65 |
| INTEREST EARNED | $1.39 |

**FIRST BANKING RESERVE SUMMARY**        FOR THE PERIOD FROM 12/15/18 THROUGH 01/14/19

| | | | | |
|---|---|---|---|---|
| PREVIOUS RESERVE IN USE | 12/14/18 | $0.00 | APPROVED RESERVE | $500.00 |
| PAYMENTS ON RESERVE | | $0.00 | AVAILABLE RESERVE | $500.00 |
| RESERVE TRANSACTIONS | | $0.00 | | |
| INTEREST CHARGE | | $0.00 | AVERAGE DAILY RESERVE IN USE SUBJECT TO INTEREST CHARGE: | $0.00 |
| SERVICE CHARGE | | $0.00 | | |
| NEW RESERVE IN USE | 01/14/19 | $0.00 | | |

ANNUAL PERCENTAGE RATE:    18.00%
DAYS IN BILLING CYCLE:    31

MINIMUM PAYMENT WARNING:  IF YOU MAKE ONLY THE MINIMUM PAYMENT EACH PERIOD IT WILL TAKE YOU LONGER TO PAY OFF YOUR BALANCE.

IMPORTANT INFORMATION REGARDING YOUR FIRST BANKING RESERVE ACCOUNT
NOTICE:  THE TOTAL INTEREST CHARGE ON THIS ACCOUNT YTD:     $.00

**CHECKING ACCOUNT TRANSACTIONS**        FOR THE PERIOD FROM 12/15/18 THROUGH 01/14/19

**ACCOUNT HISTORY**

| DATE | AMOUNT | DESCRIPTION | CARD # |
|---|---|---|---|
| 12/17 | $114.45 | POS DB   ANTHROPOLO 9160 12/17  ANTHROPOLOGIE # <br> ANTHROPOLOGIE # 76     GERMANTOWN   TN | 1670 |
| 12/17 | $60.23 | PURCHASE     - DIRECTV*NOW <br> 800-965-7288  TX <br> DATE 12/14REF # 2469216PD2X822H9R | 1670 |
| 12/18 | $86.00 | WITHDRAWAL -ChristianCareMin <br> PAID       001002460138347 | 0000 |
| 12/19 | $217.67 | POS DB   KROGER #41 9100 12/19  7735 FARMINGTON <br> 7735 FARMINGTON BL     GERMANTOWN   TN | 1670 |

Member FDIC

PAGE 1 OF 8

## EASY CHECKBOOK BALANCING

| CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| **TOTAL OUTSTANDING CHECKS** | | | | | | | | |  |

**STEP 1** Update your check register by entering all deposits and withdrawals which appear on this statement, but have not yet been entered into your check register. Be sure to include any service charges, finance charges, or interest credited to your checking account shown on the front of this statement.

**STEP 2** Mark off ( ✓ ) all deposits and withdrawals appearing on this statement in your check register. List any outstanding checks and withdrawals in the space provided above.

**STEP 3** Enter your check register balance. $ _____

**STEP 4** Adjust the balance reported on this statement to match your records.
a. BALANCE OF YOUR FUNDS reported on this statement.* $ _____
b. ADD the total of any deposits appearing in your check register but not shown on this statement. + _____
c. SUBTOTAL $ _____
d. SUBTRACT the total of outstanding checks or withdrawals - _____ posted in your check register but not shown on this statement.
e. The result is your current balance and should equal the amount $ _____ in your check register.*

* HINTS FOR CUSTOMERS WITH FIRST BANKING RESERVE. If this statement shows that your First Banking Reserve line is in use, you may find it helpful to enter your AVAILABLE RESERVE as shown on the front of this statement instead of the BALANCE OF YOUR FUNDS in step 4a. The result you obtain in step 4a will then be your current Available Reserve. You can then subtract this amount from your APPROVED RESERVE to obtain the current amount of First Banking Reserve in Use which should equal the amount in your check register.

### FIRST BANKING RESERVE NOTICE

1. When your First Banking Reserve is in use, Payments (Deposits) and other credits will be applied in the following order (1) to any negative balance, (2) to unpaid INTEREST CHARGE from a previous cycle, (3) to your "First Banking Reserve in Use," (4) to increase the "Balance of Your Funds."
2. The INTEREST CHARGE is computed by multiplying a Monthly Periodic Rate by the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE." The Monthly Periodic Rate and ANNUAL PERCENTAGE RATE are subject to change. Your ANNUAL PERCENTAGE RATE for the cycle will be determined by multiplying your Monthly Periodic Rate by 12. If an INTEREST CHARGE is imposed on First Banking Reserve, an increase in your periodic rate and corresponding ANNUAL PERCENTAGE RATE will result in an increase in that INTEREST CHARGE, and if your new balance exceeds $50 it will result in an increase in your minimum payment.
3. The "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE" for the cycle is calculated by adding the amount of "Reserve In Use" at the close of each day in the cycle, less any unpaid INTEREST CHARGE from a previous cycle and dividing this result by the number of days in the cycle. Any disputed amounts being investigated pursuant to the provisions of Paragraph N of Section II of the Overdraft Services Agreement are excluded in calculating the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE."

### BILLING RIGHTS SUMMARY
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FIRST BANKING RESERVE BILL

If you think your First Banking Reserve Bill is wrong, or if you need more information about a transaction on your bill, write us at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:
- Your name and account number • The dollar amount of suspected error • Describe the error and explain if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### SAVINGS TRANSACTION RECORD

**INSTRUCTIONS**

1. The space at the right is provided for you to enter all deposits and withdrawals made during the next interest period.
2. Keep all deposits and withdrawal receipts so you may compare them with the next statement.
3. A statement covering the next interest period will be mailed to you at the end of that period.
4. **PLEASE NOTIFY BANK PROMPTLY OF ANY CHANGE OF ADDRESS.**

PLEASE USE THIS FORM TO RECORD TRANSACTIONS FOR NEXT PERIOD

| BALANCE SHOWN ON STATEMENT ➡ | | | |
|---|---|---|---|
| DATE | WITHDRAWALS | DEPOSITS | BALANCE |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



**FIRST TENNESSEE**
P. O. BOX 84
MEMPHIS, TN 38101

GREGORY N LAURENCE

| PREMIER CHECKING |
|---|

| CUSTOMER INFORMATION | |
|---|---|
| ACCOUNT NUMBER | **********2009 |
| STATEMENT DATE | 01/14/19 |

## ACCOUNT HISTORY (continued)

| DATE | AMOUNT | DESCRIPTION | CARD # |
|---|---:|---|---|
| 12/19 | $39.37 | POS DB  TRADER JOE 9160 12/19  TRADER JOE'S #7<br>TRADER JOE'S #738    GERMANTOWN   TN | 1670 |
| 12/19 | $90.98 | POS DB  COSTCO WHS 9160 12/19  COSTCO WHSE #03<br>COSTCO WHSE #0353    MEMPHIS    TN | 1670 |
| 12/19 | $303.32 | POS DB  COSTCO WHS 9160 12/19  COSTCO WHSE #03<br>COSTCO WHSE #0353    MEMPHIS    TN | 1670 |
| 12/19 | $67.90 | PURCHASE    - ZULILY<br>877-779-5615  WA<br>DATE 12/16REF # 2469216PG2XGVN03J | 1670 |
| 12/19 | $68.00 | PURCHASE    - AMZN Mktp US*M<br>Amzn.com/bill WA<br>DATE 12/18REF # 2469216PH2XL3RN0Y | 1670 |
| 12/19 | $4.37 | PURCHASE    - Prime Video*M2<br>888-802-3080  WA<br>DATE 12/18REF # 2469216PH2XK863DM | 1670 |
| 12/19 | $11.76 | PURCHASE    - Amazon Digit*M<br>amzn.com/bill WA<br>DATE 12/18REF # 2469216PH2XM8AFSV | 1670 |
| 12/21 | $47.13 | POS DB  TRADER JOE 9160 12/21  TRADER JOE'S #7<br>TRADER JOE'S #738    GERMANTOWN   TN | 1670 |
| 12/24 | $988.60 | DEPOSIT  -MVAG INC<br>DIRECT DEP   477535613977GAO | 0000 |
| 12/24 | $5,463.53 | DEPOSIT  -MVAG INC<br>DIRECT DEP   477535613978GAO | 0000 |
| 12/24 | $26.97 | POS DB  TUESDAY MO 9160 12/22  TUESDAY MORNING<br>TUESDAY MORNING #    GERMANTOWN   TN | 4755 |
| 12/24 | $125.61 | POS DB  KROGER #41 9100 12/23  7735 FARMINGTON<br>7735 FARMINGTON BL    GERMANTOWN    TN | 4755 |
| 12/24 | $60.00 | BILL PMT    - City of Germantown<br>Germantown   TN<br>DATE 12/24REF # 3-N-118122400201246 | 0000 |
| 12/24 | $10.94 | PURCHASE    - APL*ITUNES.COM<br>800-275-2273  CA<br>DATE 12/21REF # 2469216PK2XGHXKPT | 1670 |
| 12/24 | $17.10 | PURCHASE    - AMZN Mktp US*M<br>Amzn.com/bill WA<br>DATE 12/21REF # 2469216PL2XMBS15P | 1670 |
| 12/24 | $32.90 | PURCHASE    - Amazon.com*M26<br>Amzn.com/bill WA<br>DATE 12/21REF # 2469216PL2XPTXGBY | 1670 |
| 12/24 | $143.17 | PURCHASE    - EL CHAPULTEPEC<br>GERMANTOWN   TN<br>DATE 12/21REF # 2443106PL5V5JZGK1 | 4755 |
| 12/24 | $40.09 | PURCHASE    - LAS DELICIAS<br>MEMPHIS    TN<br>DATE 12/22REF # 2422443PM31TEBG7M | 4755 |
| 12/24 | $60.00 | PURCHASE    - AT&T  *PAYMEN<br>800-288-2020  TX<br>DATE 12/22REF # 2469216PL2X4YNXQW | 4755 |
| 12/24 | $26.48 | PURCHASE    - TST* CENTRAL B<br>MEMPHIS    TN<br>DATE 12/22REF # 2444500PMEJ8L02DV | 4755 |

Member FDIC



**FIRST TENNESSEE**
P. O. BOX 84
MEMPHIS, TN 38101

| | PREMIER CHECKING |
|---|---|

| CUSTOMER INFORMATION | |
|---|---|
| ACCOUNT NUMBER | **********2009 |
| STATEMENT DATE | 01/14/19 |

GREGORY N LAURENCE

## ACCOUNT HISTORY (continued)

| DATE | AMOUNT | DESCRIPTION | CARD # |
|---|---|---|---|
| 12/24 | $17.15 | PURCHASE   - OOMA,INC<br>888-711-6662 CA<br>DATE 12/23 REF # 2469216PN2Y1JTV03 | 4755 |
| 12/24 | $70.29 | PURCHASE   - MEMPHIS PIZZA<br>GERMANTOWN  TN<br>DATE 12/23 REF # 2422443PN30VWEZ9E | 4755 |
| 12/24 | $16.41 | PURCHASE   - Prime Video*M2<br>888-802-3080 WA<br>DATE 12/23 REF # 2469216PN2XZW025M | 1670 |
| 12/26 | $53.79 | POS DB   WALGREENS 9160 12/25 WALGREENS STORE<br>WALGREENS STORE 76   GERMANTOWN  TN | 1670 |
| 12/26 | $319.81 | POS DB   COSTCO WHS 9160 12/26 COSTCO WHSE #03<br>COSTCO WHSE #0353   MEMPHIS  TN | 1670 |
| 12/26 | $12.13 | PURCHASE   - Amazon.com*M26<br>Amzn.com/bill WA<br>DATE 12/24 REF # 2469216PN2X9PAL8F | 1670 |
| 12/26 | $10.75 | PURCHASE   - AMZN Mktp US*M<br>Amzn.com/bill WA<br>DATE 12/24 REF # 2469216PN2X9NVMRY | 1670 |
| 12/27 | $10.95 | PURCHASE   - AMZN Mktp US*M<br>Amzn.com/bill WA<br>DATE 12/24 REF # 2469216PR2Y1ES3F2 | 1670 |
| 12/27 | $70.97 | PURCHASE   - AMZN Mktp US*M<br>Amzn.com/bill WA<br>DATE 12/26 REF # 2469216PT2XBPQJ21 | 1670 |
| 12/27 | $22.36 | PURCHASE   - COSTCO GAS #03<br>MEMPHIS  TN<br>DATE 12/26 REF # 2443106PTS4ARBPMN | 1670 |
| 12/31 | $26.67 | POS DB   KROGER #33 9100 12/30 6660 POPLAR AVE<br>6660 POPLAR AVENUE   MEMPHIS  TN | 1670 |
| 12/31 | $15.03 | POS DB   KROGER #33 9100 12/30 6660 POPLAR AVE<br>6660 POPLAR AVENUE   MEMPHIS  TN | 1670 |
| 12/31 | $545.00 | BILL PMT   - America's Christian Cred<br>Glendora  CA<br>DATE 12/31 REF # 3-N-118123100201725 | 0000 |
| 12/31 | $17.04 | PURCHASE   - Amazon.com*M29<br>Amzn.com/bill WA<br>DATE 12/28 REF # 2469216PS2XA0LNEE | 1670 |
| 12/31 | $24.02 | PURCHASE   - TST* CENTRAL B<br>MEMPHIS  TN<br>DATE 12/28 REF # 2444500PVEJ5W3TRG | 1670 |
| 12/31 | $134.83 | PURCHASE   - EL CHAPULTEPEC<br>GERMANTOWN  TN<br>DATE 12/28 REF # 2443106PV5V5JNBZA | 4755 |
| 12/31 | $164.62 | PURCHASE   - SUMITS YOGA ME<br>GERMANTOWN  TN<br>DATE 12/29 REF # 2427539PW0D9GX1YZ | 1670 |
| 12/31 | $76.03 | PURCHASE   - SQ *LUCKY CAT<br>MEMPHIS  TN<br>DATE 12/29 REF # 2449215PVRVKXEAGZ | 1670 |
| 12/31 | $459.39 | PURCHASE   - AT&T*BILL PAYM<br>800-331-0500 TX<br>DATE 12/30 REF # 2449398PW2DA29DBA | 4755 |

Member FDIC



**FIRST TENNESSEE.**
P. O. BOX 84
MEMPHIS, TN 38101

PREMIER CHECKING

**CUSTOMER INFORMATION**

| ACCOUNT NUMBER | **********2009 |
|---|---|
| STATEMENT DATE | 01/14/19 |

GREGORY N LAURENCE

## ACCOUNT HISTORY (continued)

| DATE | AMOUNT | DESCRIPTION | CARD # |
|---|---|---|---|
| 01/02 | $89.00 | WITHDRAWAL -BARCLAYCARD US<br>CREDITCARD 589512636 | 0000 |
| 01/03 | $119.77 | POS DB KROGER #33 9100 01/03 6660 POPLAR AVE<br>6660 POPLAR AVENUE MEMPHIS TN | 1670 |
| 01/03 | $12.99 | PURCHASE - AMZN Mktp US*M<br>Amzn.com/bill WA<br>DATE 01/01REF # 2469216022XX5K0QW | 1670 |
| 01/03 | $15.99 | PURCHASE - AMZN Mktp US*M<br>Amzn.com/bill WA<br>DATE 01/01REF # 2469216032X92MA2Z | 1670 |
| 01/07 | $989.20 | DEPOSIT -MVAG INC<br>DIRECT DEP 936208765028GAO | 0000 |
| 01/07 | $5,075.07 | DEPOSIT -MVAG INC<br>DIRECT DEP 936208765029GAO | 0000 |
| 01/07 | $35.10 | POS DB THE UPS ST 9160 01/05 THE UPS STORE #<br>THE UPS STORE #032 GERMANTOWN TN | 4755 |
| 01/07 | $181.14 | POS DB COSTCO WHS 9160 01/05 COSTCO WHSE #03<br>COSTCO WHSE #0352 CORDOVA TN | 4755 |
| 01/07 | $292.47 | WITHDRAWAL -HANOVER/CITIZENS<br>PREM COLL 011901040004578 | 0000 |
| 01/07 | $80.00 | PURCHASE - INMAN MURPHY P<br>901-3880852 TN<br>DATE 01/04REF # 247554205JL30W1F6 | 1670 |
| 01/07 | $114.71 | PURCHASE - Brian Massey A<br>901-937-1255 TN<br>DATE 01/04REF # 2442629040T5451RR | 1670 |
| 01/07 | $31.14 | PURCHASE - GARIBALDIS PIZ<br>GERMANTOWN TN<br>DATE 01/05REF # 24269790600Y7YPVH | 1670 |
| 01/07 | $25.71 | PURCHASE - COSTCO GAS #03<br>CORDOVA TN<br>DATE 01/05REF # 244310606S4ALAY9L | 4755 |
| 01/07 | $10.90 | PURCHASE - Prime Video*MB<br>888-802-3080 WA<br>DATE 01/05REF # 2469216062Y0NQ0GT | 1670 |
| 01/07 | $9.95 | PURCHASE - GAIA SUBSCRIPT<br>866-284-8058 CO<br>DATE 01/06REF # 2469216072XKLWEVT | 1670 |
| 01/08 | $134.70 | POS DB SPROUTS FA 9100 01/08 3150 VILLAGE SH<br>3150 VILLAGE SHOPS GERMANTOWN TN | 1670 |
| 01/08 | $43.80 | PURCHASE - DIRECTV*NOW<br>800-965-7288 TX<br>DATE 01/06REF # 2469216072XRJ7JFB | 1670 |
| 01/09 | $19.99 | POS DB GOOGLE *Go 9100 01/09 GOOGLE *Google<br>GOOGLE *Google Sto Mountain View CA | 1670 |
| 01/09 | $156.00 | POS DB AUDUBON DE 9160 01/09 AUDUBON DENTAL-<br>AUDUBON DENTAL-MEM MEMPHIS TN 3 | 1670 |
| 01/10 | $109.00 | POS DB HOBBYLOBBY 9160 01/10 HOBBYLOBBY 1991<br>HOBBYLOBBY 1991 EX GERMANTOWN TN | 1670 |
| 01/10 | $153.54 | POS DB KROGER #41 9100 01/10 7735 FARMINGTON<br>7735 FARMINGTON BL GERMANTOWN TN | 1670 |

Member FDIC



P. O. BOX 84
MEMPHIS, TN 38101

| | PREMIER CHECKING |
|---|---|

| CUSTOMER INFORMATION | |
|---|---|
| ACCOUNT NUMBER | **********2009 |
| STATEMENT DATE | 01/14/19 |

GREGORY N LAURENCE

## ACCOUNT HISTORY (continued)

| DATE | AMOUNT | DESCRIPTION | CARD # |
|---|---|---|---|
| 01/10 | $31.77 | POS DB  HOBBYLOBBY 9160 01/10  HOBBYLOBBY 1991<br>HOBBYLOBBY 1991 EX    GERMANTOWN   TN | 1670 |
| 01/10 | $8.18 | PURCHASE    - TST* CENTRAL B<br>MEMPHIS     TN<br>DATE 01/08REF # 244450009EJ1D8QJP | 4755 |
| 01/10 | $29.00 | PURCHASE    - ANDERSON IP, L<br>503-545-0156  OR<br>DATE 01/08REF # 2443106092DK7ZQF3 | 1670 |
| 01/11 | $41.93 | POS DB  KROGER #41 9100 01/11  7735 FARMINGTON<br>7735 FARMINGTON BL    GERMANTOWN   TN | 1670 |
| 01/11 | $97.94 | POS DB  WALGREENS 9160 01/11  WALGREENS STORE<br>WALGREENS STORE 76    GERMANTOWN   TN | 1670 |
| 01/14 | $8.47 | POS DB  KROGER #33 9100 01/13  6660 POPLAR AVE<br>6660 POPLAR AVENUE    MEMPHIS    TN | 1670 |
| 01/14 | $35.00 | MOBILE DEPOSIT | 0000 |
| 01/14 | $24.95 | PURCHASE    - MADISON REED<br>888-550-9586  CA<br>DATE 01/11REF # 24492150QLWKW4GG5 | 1670 |
| 01/14 | $2.99 | PURCHASE    - APL*ITUNES.COM<br>800-275-2273  CA<br>DATE 01/12REF # 24692160Q2XMN6E0A | 1670 |
| 01/14 | $32.81 | PURCHASE    - KROGER FUEL #5<br>MEMPHIS    TN<br>DATE 01/13REF # 24445710D8PRWRPF4 | 4755 |
| 01/14 | $1.39 | INTEREST EARNED | 0000 |

## CHECKS PAID SUMMARY

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12/24 | 5139 | $260.55 | 12/31 | 5140 | $48.00 | | | |

## CHECKING AND FIRST BANKING RESERVE DAILY BALANCE SUMMARY

| DATE | BALANCE OF YOUR FUNDS | RESERVE IN USE | DATE | BALANCE OF YOUR FUNDS | RESERVE IN USE |
|---|---|---|---|---|---|
| 12/14 | $78,845.83 | $0.00 | 01/02 | $81,178.73 | $0.00 |
| 12/17 | $78,671.15 | $0.00 | 01/03 | $81,029.98 | $0.00 |
| 12/18 | $78,585.15 | $0.00 | 01/07 | $86,313.13 | $0.00 |
| 12/19 | $77,781.78 | $0.00 | 01/08 | $86,134.63 | $0.00 |
| 12/21 | $77,734.65 | $0.00 | 01/09 | $85,958.64 | $0.00 |
| 12/24 | $83,279.12 | $0.00 | 01/10 | $85,627.15 | $0.00 |
| 12/26 | $82,882.64 | $0.00 | 01/11 | $85,487.28 | $0.00 |
| 12/27 | $82,778.36 | $0.00 | 01/14 | $85,454.45 | $0.00 |
| 12/31 | $81,267.73 | $0.00 | | | |

Member FDIC

**FIRST TENNESSEE**
P. O. BOX 84
MEMPHIS, TN 38101

| PREMIER CHECKING |
|---|

| CUSTOMER INFORMATION | |
|---|---|
| ACCOUNT NUMBER | **********2009 |
| STATEMENT DATE | 01/14/19 |

GREGORY N LAURENCE

### INQUIRY INFORMATION

*ALL INQUIRIES FOR BALANCES, GENERAL INFORMATION, ACCOUNT ERRORS, ACCOUNT ACTIVITY, AUTOMATED TELLER MACHINE ACTIVITY AND DEBIT CARD TRANSACTIONS SHOULD BE DIRECTED TO 1-800-382-5465.
*TO REPORT A LOST/STOLEN DEBIT CARD: CALL 1-800-382-5465 IMMEDIATELY AND FOLLOW THE VOICE PROMPTS, STARTING WITH OPTION #1.
*DIRECT INQUIRIES CONCERNING PREAUTHORIZED ELECTRONIC FUNDS TRANSFER TO 1-800-382-5465.
*YOU MAY MAIL INQUIRIES CONCERNING AUTOMATED TELLER MACHINE ACTIVITY, DEBIT CARD TRANSACTIONS, AND PREAUTHORIZED ELECTRONIC FUNDS TRANSFERS TO:
FIRST TENNESSEE BANK
P.O. BOX 84
MEMPHIS, TN 38101

### INQUIRY INFORMATION

*DIRECT INQUIRIES CONCERNING ERRORS FOR FIRST BANKING RESERVE TO:

FIRST TENNESSEE BANK
P.O. BOX 84
MEMPHIS, TN 38101

### IMPORTANT TAX INFORMATION

NOTICE: YOUR ACCOUNT HAS EARNED AND PAID YTD:    $1.39
THE YEAR TO DATE INTEREST IS REPORTED FOR TAX PURPOSES.

### A MESSAGE FOR YOU

IMPORTANT: FOR A COPY OF YOUR 2018 ERROR RESOLUTION
NOTICE REGARDING ELECTRONIC TRANSFERS,
VISIT WWW.FTB.COM/TRANSFERS

Member FDIC



**FIRST TENNESSEE.**
P. O. BOX 84
MEMPHIS, TN 38101

GREGORY N LAURENCE

| PREMIER CHECKING | |
|---|---|
| **CUSTOMER INFORMATION** | |
| ACCOUNT NUMBER | **********2009 |
| STATEMENT DATE | 01/14/19 |

Check 5139: Pay to the order of A plus Appliance, $260.55, dated 12-20-18, for "dryer (Tommy)", signed Elizabeth Laurence.
CK 5139  REF 1000692500  PD 12/24  AMT $260.55

Check 5140: Pay to the order of Will Laurence, $48.00, dated 12-24-18, "Forty-eight & no/100", for "yoga, Christmas eve", signed Elizabeth Laurence.
CK 5140  REF 4000716130  PD 12/31  AMT $48.00

| Account | Date | Description | Category | Check | Credit | Debit |
|---|---|---|---|---|---|---|
| PRIMARY | 2019-01-02 | BARCLAYCARD US CREDITCARD190102589512636WEB (no charges) | Financial Services (annual fee only) | | | -89 |
| PRIMARY | 2019-01-03 | 0101AMZN Mktp US*M Amzn.com/billWA************1670 | Publications | | | -15.99 |
| PRIMARY | 2019-01-03 | 0101AMZN Mktp US*M Amzn.com/billWA************1670 | Clothing | | | -12.99 |
| PRIMARY | 2019-01-03 | POS DB KROGER #33 9100 01/03 6660 POPLAR AVE8003 6660 POPLAR | Food : Groceries | | | -119.77 |
| PRIMARY | 2019-01-07 | 0106GAIA SUBSCRIPT 866-284-8058 CO************1670 | yoga | | | -9.95 |
| PRIMARY | 2019-01-07 | 0105Prime Video*MB 888-802-3080 WA************1670 | Entertainment | | | -10.9 |
| PRIMARY | 2019-01-07 | 0105COSTCO GAS #03 CORDOVA TN************4755 | Gas | | | -25.71 |
| PRIMARY | 2019-01-07 | 0105GARIBALDIS PIZ GERMANTOWN TN************1670 | Food : Dining Out | | | -31.14 |
| PRIMARY | 2019-01-07 | 0104Brian Massey A 901-937-1255 TN************1670 | Transportation : Maintenance | | | -114.71 |
| PRIMARY | 2019-01-07 | 0104INMAN MURPHY P 901-3880852 TN************1670 | Housing : Services | | | -80 |
| PRIMARY | 2019-01-07 | HANOVER/CITIZENSPREM COLL 190107011901040004578PPD | Transportation : Insurance | | | -292.47 |
| PRIMARY | 2019-01-07 | POS DB COSTCO WHS 9160 01/05 COSTCO WHSE #039903 COSTCO WHSE | Costco | | | -181.14 |
| PRIMARY | 2019-01-07 | POS DB THE UPS ST 9160 01/05 THE UPS STORE #105 THE UPS STO | Postage | | | -35.1 |
| PRIMARY | 2019-01-07 | MVAG INC DIRECT DEP190105936208765029GAOPPD | Income : Paycheck | | 5075.07 | |
| PRIMARY | 2019-01-07 | MVAG INC DIRECT DEP190105936208765028GAOPPD | Income : Paycheck | | 989.2 | |
| PRIMARY | 2019-01-08 | 0106DIRECTV*NOW 800-965-7288 TX************1670 | Entertainment | | | -43.8 |
| PRIMARY | 2019-01-08 | POS DB SPROUTS FA 9100 01/08 3150 VILLAGE SH2271 3150 VILLAG | Food : Groceries | | | -134.7 |
| PRIMARY | 2019-01-09 | POS DB AUDUBON DE 9160 01/09 AUDUBON DENTAL-0761 AUDUBON DEN | Healthcare : Dental | | | -156 |
| PRIMARY | 2019-01-09 | POS DB GOOGLE *Go 9100 01/09 GOOGLE *Google6492 GOOGLE *Goo | Technology | | | -19.99 |
| PRIMARY | 2019-01-10 | 0108ANDERSON IP, L 503-545-0156 OR************1670 | Gift | | | -29 |
| PRIMARY | 2019-01-10 | 0108TST* CENTRAL B MEMPHIS TN************4755 | Gift | | | -8.18 |
| PRIMARY | 2019-01-10 | POS DB HOBBYLOBBY 9160 01/10 HOBBYLOBBY 19919999 HOBBYLOBBY | Gift | | | -31.77 |
| PRIMARY | 2019-01-10 | POS DB KROGER #41 9100 01/10 7735 FARMINGTON8004 7735 FARMIN | Food : Groceries | | | -153.54 |
| PRIMARY | 2019-01-10 | POS DB HOBBYLOBBY 9160 01/10 HOBBYLOBBY 19919999 HOBBYLOBBY | Gift | | | -109 |
| PRIMARY | 2019-01-11 | POS DB WALGREENS 9160 01/11 WALGREENS STORE9999 WALGREENS S | Housing : Services | | | -97.94 |
| PRIMARY | 2019-01-11 | POS DB KROGER #41 9100 01/11 7735 FARMINGTON8004 7735 FARMIN | Food : Groceries | | | -41.93 |
| PRIMARY | 2019-01-14 | INTEREST EARNED | Income | | 1.39 | |
| PRIMARY | 2019-01-14 | 0113KROGER FUEL #5 MEMPHIS TN************4755 | Gas | | | -32.81 |
| PRIMARY | 2019-01-14 | 0112APL*ITUNES.COM 800-275-2273 CA************1670 | Electronics and Software | | | -2.99 |
| PRIMARY | 2019-01-14 | 0111MADISON REED 888-550-9586 CA************1670 | Personal Care | | | -24.95 |
| PRIMARY | 2019-01-14 | MOBILE DEPOSIT | Income | | 35 | |
| PRIMARY | 2019-01-14 | POS DB KROGER #33 9100 01/13 6660 POPLAR AVE8003 6660 POPLAR | Food : Groceries | | | -8.47 |
| PRIMARY | 2019-01-15 | 0114DRYVE CLEANERS GERMANTOWN TN************4755 | Personal Care | | | -58.6 |
| PRIMARY | 2019-01-15 | ONLINE TRANSFER FROM CHECKING XXXXXXXXXXXX5917 | Transfer Between Accounts | | 500 | |
| PRIMARY | 2019-01-15 | POS DB KROGER #33 9100 01/15 6660 POPLAR AVE8003 6660 POPLAR | Food : Groceries | | | -138.01 |
| PRIMARY | 2019-01-16 | 0115AMZN Mktp US*M Amzn.com/billWA************1670 | Food : Groceries | | | -9.49 |
| PRIMARY | 2019-01-16 | 0114STONEY RIVE501 GERMANTOWN TN************4755 | Food : Dining Out | | | -98.42 |
| PRIMARY | 2019-01-16 | 0114DIRECTV*NOW 800-965-7288 TX************1670 | Utilities : TV | | | -60.23 |
| PRIMARY | 2019-01-16 | ChristianCareMinPAID 190116001002460138347PPD | Healthcare : Insurance | | | -86 |
| PRIMARY | 2019-01-17 | CHECK-CASHED | Housing : Service | 5142 | | -80 |
| PRIMARY | 2019-01-17 | 0115AMZN Mktp US*M Amzn.com/billWA************1670 | Healthcare : Out of pocket | | | -25.01 |
| PRIMARY | 2019-01-17 | 0115AMZN Mktp US*M Amzn.com/billWA************1670 | Healthcare : Out of pocket | | | -9.99 |
| PRIMARY | 2019-01-18 | 0117PIMENTOS MEMPHIS TN************1670 | Food : Dining Out | | | -12.98 |
| PRIMARY | 2019-01-18 | POS CR HOBBYLOBBY 9100 01/18 1991 EXETER ROA8601 1991 EXETER | Gift | | 16.43 | |
| PRIMARY | 2019-01-18 | MVAG INC DIRECT DEP190118694078400284GAOPPD | Income : Paycheck | | 5075.07 | |
| PRIMARY | 2019-01-18 | MVAG INC DIRECT DEP190118694078400283GAOPPD | Income : Paycheck | | 989.2 | |
| PRIMARY | 2019-01-22 | 0121APL*ITUNES.COM 800-275-2273 CA************1670 | Electronics and Software | | | -10.94 |
| PRIMARY | 2019-01-22 | 0121AMZN Mktp US*M Amzn.com/billWA************1670 | Gift | | | -19.95 |
| PRIMARY | 2019-01-22 | 0118AMZN DIGITAL*M 888-802-3080 WA************1670 | Entertainment | | | -11.76 |
| PRIMARY | 2019-01-22 | 0118EL CHAPULTEPEC GERMANTOWN TN************4755 | Food : Dining Out | | | -77.5 |
| PRIMARY | 2019-01-22 | 0118Amazon.com*MB6 Amzn.com/billWA************1670 | Gift | | | -18.44 |
| PRIMARY | 2019-01-22 | 0122Regions Mortgage Birmingham AL | Housing : Mortgage/Rent | | | -2194.29 |
| PRIMARY | 2019-01-22 | 0122America's Christian Cred Glendora CA | Insurance | | | -631 |
| PRIMARY | 2019-01-22 | 0122American Esoteric Lab Austin TX | Healthcare : Out of pocket | | | -334 |
| PRIMARY | 2019-01-22 | 0122American Esoteric Labora Austin TX | Healthcare : Out of pocket | | | -140 |
| PRIMARY | 2019-01-22 | 0122City of Germantown Germantown TN | Utilities : Water | | | -60 |
| PRIMARY | 2019-01-22 | TN Dept of LaborSUTA 190122082487880121201WEB | Housing : Services | | | -2 |
| PRIMARY | 2019-01-22 | POS DB KROGER #41 9100 01/19 7735 FARMINGTON8004 7735 FARMIN | Food : Groceries | | | -61.58 |
| PRIMARY | 2019-01-22 | POS DB COSTCO WHS 9160 01/19 COSTCO WHSE #039903 COSTCO WHSE | Costco | | | -268.31 |
| PRIMARY | 2019-01-23 | 0121IN *2ND NATURE 901-6057947 TN************1670 | Housing : Landscaping | | | -100 |
| PRIMARY | 2019-01-24 | 0123Prime Video*MB 888-802-3080 WA************1670 | Entertainment | | | -16.41 |
| PRIMARY | 2019-01-24 | 0123OOMA,INC 888-711-6662 CA************4755 | Utilities : Phone | | | -17.2 |
| PRIMARY | 2019-01-24 | POS DB THE UPS ST 9160 01/24 THE UPS STORE #105 THE UPS STO | Postage | | | -13.14 |
| PRIMARY | 2019-01-24 | POS DB THE UPS ST 9160 01/24 THE UPS STORE #105 THE UPS STO | Postage | | | -35.43 |
| PRIMARY | 2019-01-24 | POS DB GERMANTOWN 9100 01/24 2083 SOUTH GERM0242 2083 SOUTH | Housing : Services | | | -49.6 |
| PRIMARY | 2019-01-25 | 0124AT&T *PAYMEN 800-288-2020 TX************4755 | Utilities : Phone | | | -60 |
| PRIMARY | 2019-01-25 | 0124AMZN Mktp US*M Amzn.com/billWA************1670 | Housing : Supplies | | | -32.9 |
| PRIMARY | 2019-01-25 | 0125Regions Mortgage Birmingham AL | Housing : Mortgage/Rent | | | -1594.36 |
| PRIMARY | 2019-01-25 | WITHDRAWAL FROM ATM 0554 01/25 2055 S HOUSTON0554 2055 S HOUS | Financial Services : ATM | | | -150 |
| PRIMARY | 2019-01-28 | CHECK | Housing : Home | 5143 | | -100 |

| Account | Date | Description | Category | | Amount |
|---|---|---|---|---|---|
| PRIMARY | 2019-01-28 | 0127COSTCO GAS #03 MEMPHIS TN************4755 | Gas | | -28.1 |
| PRIMARY | 2019-01-28 | 0127Amazon.com*MB9 Amzn.com/billWA************1670 | Pets : Other | | -17.04 |
| PRIMARY | 2019-01-28 | 0125EL CHAPULTEPEC GERMANTOWN TN************4755 | Food : Dining Out | | -90.91 |
| PRIMARY | 2019-01-28 | 0125CULLISON EYE C GERMANTOWN TN************1670 | Healthcare : Eyecare | | -15 |
| PRIMARY | 2019-01-28 | 0124HALLMARK CREAT MEMPHIS TN************1670 | Gift | | -62.74 |
| PRIMARY | 2019-01-28 | POS DB COSTCO WHS 9160 01/27 COSTCO WHSE #039903 COSTCO WHSE | Costco | | -310.92 |
| PRIMARY | 2019-01-29 | POS DB WALGREENS 9160 01/29 WALGREENS STORE9999 WALGREENS S | Personal Care | | -73.21 |
| PRIMARY | 2019-01-29 | POS DB KROGER #33 9100 01/29 6660 POPLAR AVE8003 6660 POPLAR | Food : Groceries | | -139.01 |
| PRIMARY | 2019-01-30 | 0128SWANKY'S TACO GERMANTOWN TN************1670 | Food : Dining Out | | -31.45 |
| PRIMARY | 2019-01-30 | 0130America's Christian Cred Glendora CA | Insurance : Medical | | -631 |
| PRIMARY | 2019-01-31 | CHECK-CASHED | Housing : Service | 5145 | -80 |
| PRIMARY | 2019-01-31 | 0130AT&T*BILL PAYM 800-331-0500 TX************4755 | Utilities : Phone | | -694.72 |
| PRIMARY | 2019-01-31 | POS DB KROGER FUE 9160 01/31 KROGER FUEL #539999 KROGER FUEL | Gas | | -29.5 |

## Detailed Debit Transaction List
## Laurence's 1/01/2019-1/31/2019

| Date | Check # | Paid To | Reason | Amount |
|---|---|---|---|---|
| 01/02/2019 | | Barclay | Credit Card *(no charges at all; annual fee only)* | 89.00 |
| 01/03/2019 | | Amazon | Publications | 15.99 |
| 01/03/2019 | | Amazon | Clothing | 12.99 |
| 01/03/2019 | | Kroger | Groceries | 119.77 |
| 01/07/2019 | | GAIA | Yoga | 9.95 |
| 01/07/2019 | | Prime | Entertainment | 10.90 |
| 01/07/2019 | | Costco | Fuel | 25.71 |
| 01/07/2019 | | Garibaldi's Pizza | Dining Out | 31.14 |
| 01/07/2019 | | Brian Massey | Maintenance | 114.71 |
| 01/07/2019 | | Inman Murphy | House Services | 80.00 |
| 01/07/2019 | | Hanover | Insurance | 292.47 |
| 01/07/2019 | | Costco | Supplies | 181.14 |
| 01/07/2019 | | UPS Store | Postage | 35.10 |
| 01/08/2019 | | Directv Now | Entertainment | 43.80 |
| 01/08/2019 | | Sprouts | Groceries | 134.70 |
| 01/09/2019 | | Audubon Dental | Dentist | 156.00 |
| 01/09/2019 | | Google | technology | 19.99 |
| 01/10/2019 | | Anderson | Gift | 29.00 |
| 01/10/2019 | | Central BBQ | Dining Out | 8.18 |
| 01/10/2019 | | Hobby Lobby | Gift | 31.77 |
| 01/10/2019 | | Kroger | Groceries | 153.54 |
| 01/10/2019 | | Hobby Lobby | Gift | 109.00 |
| 01/11/2019 | | Walgreens | Medicine | 97.94 |

$1,802.79

| Date | Check # | Payee | Category | Amount |
|---|---|---|---|---|
| 01/11/2019 | | Kroger | Groceries | 41.93 |
| 01/14/2019 | | Kroger | Fuel | 32.81 |
| 01/14/2019 | | ITunes | Entertainment | 2.99 |
| 01/14/2019 | | Madison Reed | Personal Care | 24.95 |
| 01/14/2019 | | Kroger | Groceries | 8.47 |
| 01/15/2019 | | Dryve Cleaners | Personal Care | 58.60 |
| 01/15/2019 | | Online transfer | Son College (Dependent care) | 500.00 |
| 01/15/2019 | | Kroger | Groceries | 138.01 |
| 01/16/2019 | | Amazon | supplies | 9.49 |
| 01/16/2019 | | Stoney River | Dining Out | 98.42 |
| 01/16/2019 | | Directv Now | TV | 60.23 |
| 01/16/2019 | | Christian Care Min | Insurance | 86.00 |
| 01/17/2019 | 5142 | Dorothy Robinson | House Keeper | 80.00 |
| 01/17/2019 | | Amazon Marketplace | Healthcare | 25.01 |
| 01/17/2019 | | Amazon Marketplace | Healthcare | 9.99 |
| 01/18/2019 | | Pimentos | Dining Out | 12.98 |
| 01/22/2019 | | Itunes | Electronic/Software | 10.94 |
| 01/22/2019 | | Amazon | Gift | 19.95 |
| 01/22/2019 | | Amazon | Entertainment | 11.76 |
| 01/22/2019 | | El Chapultepec | Dining Out | 77.50 |
| 01/22/2019 | | Amazon | Gift | 18.44 |
| 01/22/2019 | | Regions | Mortgage | 2194.29 |
| 01/22/2019 | | American Christian | Insurance | 631.00 |
| 01/22/2019 | | American Esoteric Lab | Healthcare | 334.00 |
| 01/22/2019 | | American Esoteric Lab | Healthcare | 140.00 |

$ 4,627.76

| Date | Check # | Payee | Category | Amount |
|---|---|---|---|---|
| 01/22/2019 | | City of Germantown | Utilities | 60.00 |
| 01/22/2019 | | Dept. of Labor | Taxes for employee | 2.00 |
| 01/22/2019 | | Kroger | Groceries | 61.58 |
| 01/22/2019 | | Costco | Supplies | 268.31 |
| 01/23/2019 | | 2nd Nature | Lawn Care | 100.00 |
| 01/24/2019 | | Prime Video | Entertainment | 16.41 |
| 01/24/2019 | | Ooma | Telephone | 17.20 |
| 01/24/2019 | | UPS Store | Postage | 13.14 |
| 01/24/2019 | | UPS Store | Postage | 35.43 |
| 01/24/2019 | | DP Germantown | Housing Services | 49.60 |
| 01/25/2019 | | AT&T | Phone | 60.00 |
| 01/25/2019 | | Amazon | Supplies | 32.90 |
| 01/25/2019 | | Regions | Mortgage | 1594.36 |
| 01/25/2019 | | ATM | Incidentals | 150.00 |
| 01/28/2019 | 5143 | Terry Lloyd | Electrician | 100.00 |
| 01/28/2019 | | Costco | Fuel | 28.10 |
| 01/28/2019 | | Amazon | Pet | 17.04 |
| 01/28/2019 | | El Chapultepec | Dining Out | 90.91 |
| 01/28/2019 | | Cullison Eye Care | Eye Care | 15.00 |
| 01/28/2019 | | Hallmark | Gift | 62.74 |
| 01/28/2019 | | Costco | Supplies | 310.92 |
| 01/29/2019 | | Walgreens | Personal Care | 73.21 |
| 01/29/2019 | | Kroger | Groceries | 139.01 |
| 01/30/2019 | | Swanky's | Dining Out | 31.45 |
| 01/31/2019 | | American Christian Cred | Insurance | 631.00 |

$3960.31

| Date | Check # | Payee | Category | Amount |
|---|---|---|---|---|
| 01/31/2019 | 5145 | Dorothy Robinson | House Keeping | 80.00 |
| 01/31/2019 | | AT & T | Phones | 694.72 |
| 01/31/2019 | | Kroger | Fuel | 29.50 |

$ 804.22

$11,195.08