Form No. 15 (Pg. 1)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re
Laurence, Gregory & Elizabeth
Debtor(s):

Case No. 17-26568-L

Chapter 11

### FINAL REPORT OF DEBTOR IN CHAPTER 11 CASE

The above-named debtor represents as follows:
(The amounts shown in this Final Report should include all the amounts shown on previously Follow-Up Reports and any additional amounts paid at the time of the filing of this FINAL REPORT.)

ADMINISTRATIVE EXPENSES PAID: (DO NOT include operating expenses) (Attach separate list if not enough space)

1. Accountant's Fees (Show names) Amounts
   $ 0

2. Auctioneer's Fees (Show names)
   $ 0

3. Appraiser's Fees (Show names)
   $ 0

4. Attorney Fees for Creditors' Committee(s) (Show names)
   $ 0

5.(a). Attorney Fees for Trustee (Show names)
   $ 0

   (b). Trustee's Commission (Show names)
   $ 0

6. Attorney Fees for Debtor (Show names)
   Claire D. Reno - paid at filing only - no additional fees charged or paid.
   $ 20,000.00

7. Other Attorney Fees (Show names)
   $ 0

8. Taxes, Fines, Penalties, etc. (Show names) Amounts Form No. 15 (pg.2)
   $ 0

9. Other Expenses of Administration
   (non-operating)(itemize)
   $ 0

TOTAL OF ALL ADMINISTRATIVE EXPENSES PAID AT THE TIME
OF CLOSING THIS CHAPTER 11 CASE (non-operating) $ 20,000.00

Form No. 15 (Pg. 2)

PAYMENTS TO CREDITORS: (According to the plan)

1. Total amount paid and TO BE paid to general unsecured creditors according to the confirmed plan $ 60,084.87

2. Total PERCENTAGE of allowed claims paid and TO BE paid to general unsecured creditors according to the confirmed plan 10 %

TOTAL AMOUNT OF CLAIMS ALLOWED: (Under the plan)

1. Secured Claims $ 222,595.00
2. Priority Claims $ 195,956.65
3. Unsecured Claims $ 60,084.87  (10% of $600,848.78)

(Please be sure to show an amount on EACH of the lines above. If there is not payment show "none" on the line.)

Described briefly any transfers proposed by the plan that have taken place and/or to take place in the future. Show cause of same: (Estimate if necessary) None

Are there any matters still requiring judicial administration in this case but that do not prevent this FINAL REPORT from being filed for statistical purposes? (Described briefly) None.

_Claire D. Reno_
Debtor or Attorney for Debtor

840 Valleybrook Drive
Address
Memphis, TN 38120
Date: 6/18/2019

I, Claire D. Reno, the person whose signature appears above, declare under penalty of perjury that the foregoing is true and correct.

Signature: _Claire D. Reno_

Certificate of Service

I hereby certify that a copy of the foregoing "Final Report of Debtor in Chapter 11 Case" has been served on the United States Trustee.

_Claire D. Reno_
Debtor or Attorney for Debtor

Date: 6/18/2019